# Attachment A

| District Court | Admission Date | Bar Number |
| --- | --- | --- |
| Central District of Illinois | 09/04/2025 | 5711072 |
| Northern District of Illinois | 01/21/2026 | No Bar # assigned |
| District of Colorado | 10/23/2025 | No Bar # assigned |
| Northern District of Texas | 11/06/2025 | 5711072NY |
| Eastern District of Missouri | 12/30/2025 | 5711072NY |
| Eastern District of Michigan | 11/17/2025 | No Bar # assigned |
| Western District of Arkansas | 12/01/2025 | No Bar # assigned |