**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ, | Case No.: 3:26-cv-00986-SFR |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, | |
| Defendants. | |

**<u>SUMMONS RETURNED EXECUTED AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC</u>**

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Joel Figueroa Rodriguez has served upon Defendant Equifax Information Services, LLC copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Plaintiff's Rule 7.1 Disclosure Statement;

5) Motion for Pro Hac Vice Admission of Nisan Zaghi;

6) Attachment A - Attorney's Admission List;

7) Certificate of Good Standing;

8) Notice re Rule 7.1 Disclosure Statement;

9) Order on Pretrial Deadlines;

10) NEF re Order on Pretrial Deadlines;

11) Electronic Filing Order;

12) Standing Protective Order;

13) Notice of Option to Consent to Magistrate Judge Jurisdiction;

14) Notice to Counsel and Litigants Regarding AI-Assisted Research;

15) Notice to Counsel and Self-Represented Parties; and

16) Order Granting Pro Hac Vice Appearance of Nisan Zaghi.

Attached hereto is a copy of the Affidavit of Service.


Dated: July 8, 2026,                    */s/ Nisan Zaghi*
                                        Nisan Zaghi, NY Bar # 5711072
                                        Admitted Pro Hac Vice
                                        CONSUMER ATTORNEYS
                                        68-29 Main Street
                                        Flushing NY 11367
                                        T: (718) 925-0276
                                        F: (718) 247-8020
                                        E: nzaghi@consumerattorneys.com

                                        Emanuel Kataev, Esq.
                                        **CONSUMER ATTORNEYS, PLLC**
                                        68-29 Main Street
                                        Flushing NY 11367
                                        T: (718) 412-2421 (office)
                                        F: (718) 489-4155 (facsimile)
                                        E: ekataev@consumerattorneys.com

                                        *Attorneys for Plaintiff,*
                                        *Joel Figueroa Rodriguez*

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JOEL FIGUEROA RODRIGUEZ,**

V.                                          **SUMMONS IN A CIVIL CASE**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
ET AL.,**

CASE NUMBER: **3:26−CV−00986−SFR**

TO: **Equifax Information Services, LLC,
Experian Information Solutions, Inc., Trans Union
LLC**
Defendant's Address:

Equifax Information Services, LLC
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − A. Chartier**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026−06−23 13:52:23**, Clerk USDC
CTD

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | | | | |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court - District of Connecticut | | | | |
| *Plaintiff(s):* Joel Figueroa Rodriguez | | | | |
| *Defendant:* Experian Information Solutions, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV00986SFR |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Motion For Pro Hac Vice Admission Of Nisan Zaghi; Attachment A - Attorney's Admission List; Certificate Of Good Standing; Notice Re Rule 7.1 Disclosure Statement; Order On Pretrial Deadlines; Nef Re Order On Pretrial Deadlines;  Electronic Filing Order;  Standing Protective Order;  Notice Of Option To Consent To Magistrate Judge Jurisdiction;  Notice To Counsel And Litigants Regarding Ai-Assisted Research; Notice To Counsel And Self-Represented Parties; Order Granting Pro Hac Vice Appearance Of Nisan Zaghi

3.  a. Party served:                              Equifax Information Services LLC
    b. Person served:                           Alisha Smith, Authorized Agent, African American, Female, 30-40 Years Old, Black Hair, 5 Feet 6 Inches, 150-165 Pounds.

4.  *Address where the party was served:*    Corporation Service Company
                                            2 Sun Court, Suite 400
                                            Peachtree Corners, GA  30092

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jun. 26, 2026 (2) at: 11:31AM

7. *Person Who Served Papers:*                                    *Fee for Service:*
    a. Chris  Stanton
    b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955

8.  *I declare under penalty of perjury under the laws of the State of GEORGIA and under the laws of the United States Of America that the foregoing is true and correct.*

<strong>AFFIDAVIT OF SERVICE</strong><br>Summons & Complaint

(Chris  Stanton)

*emkat.300810*