# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ, | Case No.: 3:26-cv-00986-SFR |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, | |
| Defendants. | |

## SUMMONS RETURNED EXECUTED AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Joel Figueroa Rodriguez has served upon Defendant Experian Information Solutions, Inc. copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Plaintiff's Rule 7.1 Disclosure Statement;

5) Motion for Pro Hac Vice Admission of Nisan Zaghi;

6) Attachment A - Attorney's Admission List;

7) Certificate of Good Standing;

8) Notice re Rule 7.1 Disclosure Statement;

9) Order on Pretrial Deadlines;

10) NEF re Order on Pretrial Deadlines;

1

11) Electronic Filing Order;

12) Standing Protective Order;

13) Notice of Option to Consent to Magistrate Judge Jurisdiction;

14) Notice to Counsel and Litigants Regarding AI-Assisted Research;

15) Notice to Counsel and Self-Represented Parties; and

16) Order Granting Pro Hac Vice Appearance of Nisan Zaghi.

Attached hereto is a copy of the Proof of Service.

Dated: July 8, 2026,

*/s/ Nisan Zaghi*
Nisan Zaghi, NY Bar # 5711072
Admitted Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq.
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Joel Figueroa Rodriguez*

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JOEL FIGUEROA RODRIGUEZ,**

V.

**SUMMONS IN A CIVIL CASE**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
ET AL.,**

CASE NUMBER: **3:26−CV−00986−SFR**

TO: **Equifax Information Services, LLC,
Experian Information Solutions, Inc., Trans Union
LLC**
Defendant's Address:

Experian Information Solutions, Inc.
c/o C T Corporation System
330 North Brand Boulevard
Glendale, California 91203

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − A. Chartier**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026−06−23 13:52:23**, Clerk USDC
CTD

| *Attorney or Party without Attorney:*<br>Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| *Attorney for:* Plaintiff(s) | | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court - District of Connecticut | | | | | |
| *Plaintiff(s):* Joel Figueroa Rodriguez | | | | | |
| *Defendant:* Experian Information Solutions, Inc., et al. | | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV00986SFR | |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Motion For Pro Hac Vice Admission Of Nisan Zaghi; Attachment A - Attorney's Admission List; Certificate Of Good Standing; Notice Re Rule 7.1 Disclosure Statement; Order On Pretrial Deadlines; Nef Re Order On Pretrial Deadlines;  Electronic Filing Order;  Standing Protective Order;  Notice Of Option To Consent To Magistrate Judge Jurisdiction;  Notice To Counsel And Litigants Regarding Ai-Assisted Research; Notice To Counsel And Self-Represented Parties; Order Granting Pro Hac Vice Appearance Of Nisan Zaghi

3.  a. Party served:                      Experian Information Solutions, Inc.
    b. Person served:                    Henry Liwag, Authorized Agent, Caucasian, Male, 20-30 Years Old, Black Hair, 5 Feet 4 Inches, 160 Pounds.

4.  Address where the party was served:      C T Corporation System
                                           330 N. Brand Blvd.
                                           Suite 700
                                           Glendale, CA  91203

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 29, 2026 (2) at: 8:50AM

7.  *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Karapet  Arakelyan                          d.  *The Fee* for Service was:
    **b. Class Action Research & Litigation**       e.  I am: (3)  registered California process server
    P O Box 740                                           *(i)*    Employee
    Penryn, CA  95663                                     *(ii)   Registration No.:*       2021078550
    c. (916) 663-2562, FAX (916) 663-4955                 *(iii)  County:*                 Los Angeles

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date:  Tue, Jun. 30, 2026