**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ, | Case No.: 3:26-cv-00986-SFR |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, | |
| Defendants. | |

**SUMMONS RETURNED EXECUTED AS TO DEFENDANT TRANS UNION LLC**

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Joel Figueroa Rodriguez has served upon Defendant Trans Union LLC copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Plaintiff's Rule 7.1 Disclosure Statement;

5) Motion for Pro Hac Vice Admission of Nisan Zaghi;

6) Attachment A - Attorney's Admission List;

7) Certificate of Good Standing;

8) Notice re Rule 7.1 Disclosure Statement;

9) Order on Pretrial Deadlines;

10) NEF re Order on Pretrial Deadlines;

11) Electronic Filing Order;

12) Standing Protective Order;

1

13) Notice of Option to Consent to Magistrate Judge Jurisdiction;

14) Notice to Counsel and Litigants Regarding AI-Assisted Research;

15) Notice to Counsel and Self-Represented Parties; and

16) Order Granting Pro Hac Vice Appearance of Nisan Zaghi.

Attached hereto is a copy of the Affidavit of Service.

Dated: July 8, 2026,

*/s/ Nisan Zaghi*
Nisan Zaghi, NY Bar # 5711072
Admitted Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq.
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Joel Figueroa Rodriguez*

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JOEL FIGUEROA RODRIGUEZ,**

V.

**SUMMONS IN A CIVIL CASE**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
ET AL.,**

CASE NUMBER: **3:26−CV−00986−SFR**

TO: **Equifax Information Services, LLC,
Experian Information Solutions, Inc., Trans Union
LLC**
Defendant's Address:

Trans Union LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Illinois 62703

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − A. Chartier**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026−06−23 13:52:23**, Clerk USDC
CTD

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br> Emanuel  Kataev, Esq.<br> Sage Legal LLC<br> 18211 Jamaica Avenue<br> Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff(s) | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court - District of Connecticut | | | | |
| *Plaintiff(s):* Joel Figueroa Rodriguez | | | | |
| *Defendant:* Experian Information Solutions, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV00986SFR |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Motion For Pro Hac Vice Admission Of Nisan Zaghi; Attachment A - Attorney's Admission List; Certificate Of Good Standing; Notice Re Rule 7.1 Disclosure Statement; Order On Pretrial Deadlines; Nef Re Order On Pretrial Deadlines;  Electronic Filing Order;  Standing Protective Order;  Notice Of Option To Consent To Magistrate Judge Jurisdiction;  Notice To Counsel And Litigants Regarding Ai-Assisted Research; Notice To Counsel And Self-Represented Parties; Order Granting Pro Hac Vice Appearance Of Nisan Zaghi

3.  a. *Party served:*      Trans Union LLC<br>
    *b. Person served:*      Baylon Elfgen, Authorized Agent for Service, Caucasian, Male, 30-40 Years Old, Brown Hair, 6 Feet 3 Inches, 275-325 Pounds.

4.  *Address where the party was served:*      Illinois Corporate Service<br>
    801 Adlai Stevenson Drive<br>
    Springfield, IL  62703

5.  *I served the party:*<br>
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jun. 26, 2026 (2) at: 1:30PM

7. *Person Who Served Papers:*                 *Fee for Service:*<br>
    a. Gregory  Bostic<br>
    **b. Class Action Research & Litigation**<br>
     P O Box 740<br>
     Penryn, CA  95663<br>
    c. (916) 663-2562, FAX (916) 663-4955

8.  *I declare under penalty of perjury under the laws of the State of ILLINOIS and under the laws of the United States Of America that the foregoing is true and correct.*

               *[signature]*

| | | |
|---|---|---|
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | **(Gregory  Bostic)** | *emkat.300812* |