**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ, | Case No. 3:26-cv-00986-SFR |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF SARA E. SWEENEY**

TO:    The Clerk of the Court and all Parties of Record.

Kindly enter the appearance of Sara E. Sweeney on behalf of the Defendant, Equifax Information Services LLC, in connection with the above-captioned action.

DATED:  July 16, 2026

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP


By:  */s/ Sara E. Sweeney*
        Sara E. Sweeney (CT #428513)
        Sara.Sweeney@fmglaw.com
        FREEMAN MATHIS & GARY, LLP
        One Boston Place
        201 Washington Street, Suite 2200
        Boston, Massachusetts  02108
        Telephone:  (617) 963-5975

*Counsel for Defendant*
*Equifax Information Services LLC*

327019589v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I presented the foregoing NOTICE OF APPEARANCE OF SARA E. SWEENEY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　 */s/ Sara E. Sweeney*　　　　　　　　　　

Sara E. Sweeney
*Counsel for Defendant*
*Equifax Information Services LLC*

327019589v.1