**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ, | Case No. 3:26-cv-00986-SFR |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendants. | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel of record, hereby discloses that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Equifax which have any outstanding securities in the hands of the public:

Equifax, Inc., a publicly traded company on the NYS that wholly owns Equifax.

DATED:  July 16, 2026

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

By:  */s/ Sara E. Sweeney*
    Sara E. Sweeney (CT #428513)
    Sara.Sweeney@fmglaw.com
    FREEMAN MATHIS & GARY, LLP
    One Boston Place
    201 Washington Street, Suite 2200
    Boston, Massachusetts  02108
    Telephone:  (617) 963-5975

*Counsel for Defendant*
*Equifax Information Services LLC*

327019351v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2026, I presented the foregoing RULE 7.1 DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sara E. Sweeney*

Sara E. Sweeney
*Counsel for Defendant*
*Equifax Information Services LLC*

327019351v.1