# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ, | Case No. 3:26-cv-00986-SFR |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendants. | |

## UNOPPOSED EXPEDITED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC, ("Equifax"), by and through its attorneys, Freeman Mathis & Gary, LLP, and pursuant to Local Rule 7(b), respectfully requests that the Court consider this unopposed motion for an extension of time to answer or otherwise respond to Plaintiff's Complaint in an expedited manner and extend Equifax's deadline to answer or otherwise respond to Plaintiff's Complaint by twenty-one (21) days to August 7, 2026. In support of this motion, Defendant states as follows:

1.      Plaintiff filed a Complaint in the United States District Court for the District of Connecticut on June 22, 2026. (Dkt. No. 1.)

2.      Equifax was served with Plaintiff's Complaint on June 26, 2026.

3.      Pursuant to Rules 8 and 12 of the Federal Rule of Civil Procedure, Equifax must file its responsive pleading by July 17, 2026.

4.      Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff.  In addition, the Parties anticipate discussing settlement

327019419v.1

prior to Equifax filing its Answer. Accordingly, Equifax respectfully requests an initial extension of the deadline to respond to Plaintiff's Complaint, up to and including August 7, 2026.

5.     This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel regarding settlement, and, if necessary, prepare a response to the Complaint.  This is Equifax's first request for an extension of time.

6.     Pursuant to Local Rule 7(b)(2), Equifax's counsel conferred with Plaintiff's counsel on June 30, 2026 regarding the basis for this request and its need for an extension. Plaintiff's counsel had no objection and provided assent to the requested extension.

7.     Given that Defendant's deadline to respond is approaching quickly, Defendant respectfully requests that the Court consider this motion on an expedited basis.

WHEREFORE, Defendant Equifax, respectfully requests that the Court consider this unopposed motion for an extension of time to answer or otherwise respond to Plaintiff's Complaint in an expedited manner and extend Defendant Equifax's deadline to answer or otherwise respond to Plaintiff's Complaint to August 7, 2026.

327019419v.1

DATED:  July 16, 2026

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

By:  */s/ Sara E. Sweeney*
Sara E. Sweeney (CT #428513)
Sara.Sweeney@fmglaw.com
FREEMAN MATHIS & GARY, LLP
One Boston Place
201 Washington Street, Suite 2200
Boston, Massachusetts  02108
Telephone:  (617) 963-5975

*Counsel for Defendant*
*Equifax Information Services LLC*

3

327019419v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I presented the foregoing UNOPPOSED EXPEDITED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


    /s/ Sara E. Sweeney
Sara E. Sweeney
*Counsel for Defendant*
*Equifax Information Services LLC*

327019419v.1