**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)**

---

JOEL FIGUEROA RODRIGUEZ,
               Plaintiff,

   vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES,
LLC, and TRANS UNION LLC;
               Defendants.

CASE NO. 3:26-cv-00986-SFR

---

**TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU.  Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,


*/s/Timothy J. Lee*_____
Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT  06405
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Defendant Trans Union LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the __ day of July, 2026.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Emanuel Kataev, Esq. <br> emanuel@sagelegal.nyc | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the __ day of July, 2026, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Timothy J. Lee
Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT  06405
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Defendant Trans Union LLC*

2