**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOEL FIGUEROA RODRIGUEZ, | : | |
| | : | Case No.: 3:26-CV-00986 |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, | : | |
| INC., EQUIFAX INFORMATION SERVICES, | : | |
| LLC, AND TRANSUNION LLC | : | |
| | : | |
| *Defendant*. | : | July 20, 2026 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned on behalf of the Defendant, EXPERIAN

INFORMATION SOLUTIONS, INC., in the above-captioned matter.

DEFENDANT,
EXPERIAN INFORMATION SOLUTIONS, INC.

By: */s/ Danielle M. Palmieri*
Danielle M. Palmieri ct31854
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06510
Telephone: (203) 777-5501
Fax: (203) 784-3199
Email: dpalmieri@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 20, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:  */s/ Danielle M. Palmieri*
      Danielle M. Palmieri