**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ, : | |
| : | Case No.: 3:26-CV-00986 |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| EXPERIAN INFORMATION SOLUTIONS, : | |
| INC., EQUIFAX INFORMATION SERVICES, : | |
| LLC, AND TRANSUNION LLC : | |
| : | |
| *Defendant*. : | July 20, 2026 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.    Parent Companies:  The ultimate parent company of Experian is Experian plc.

2.    Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

      (a)    Central Source LLC

      (b)    Online Data Exchange LLC

      (c)    New Management Services LLC

      (d)    VantageScore Solutions LLC

      (e)    Opt-Out Services LLC

1

Publicly Held Companies:    Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated July 20, 2026                              Respectfully submitted,

By:  /s/ Danielle M. Palmieri
    Danielle M. Palmieri ct31854
    Carmody Torrance Sandak & Hennessey LLP
    195 Church Street, 18th Floor
    P.O. Box 1950
    New Haven, CT 06510
    Telephone: (203) 777-5501
    Fax: (203) 784-3199
    Email: dpalmieri@carmodylaw.com

By:  /s/ Riley Wyberg
    Riley Wyberg (*pro hac vice* pending)
    Goodwin Procter LLP
    100 Northern Avenue
    Boston, MA 02210
    Telephone.: (617) 570-1460
    Email: RWyberg@goodwinlaw.com

    *Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on July 20, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ Danielle M. Palmieri_
        Danielle M. Palmieri

3