**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| JOEL FIGUEROA RODRIGUEZ, | : | |
| | : | Case No.: 3:26-CV-00986 |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, | : | |
| INC., EQUIFAX INFORMATION SERVICES, | : | |
| LLC, AND TRANSUNION LLC | : | |
| | : | |
| *Defendant*. | : | July 20, 2026 |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

**COMES NOW** Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Joel Figueroa Rodriguez's Complaint (the "Complaint") as follows:

### PRELIMINARY STATEMENT

1. In response to paragraph 1 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq. Experian further admits that the Complaint seeks actual, statutory, and punitive damages, costs, and attorneys' fees. Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

### JURISDICTION AND VENUE

2. In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the FCRA, 15 U.S.C. §§ 1681 et seq., and 28 U.S.C. §§ 1331 et seq. Experian states that this is a legal conclusion which is not subject to denial or admission.

1

3.    In response to paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(2).  Experian states that this is a legal conclusion which is not subject to denial or admission.

## PARTIES

4.    In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.    In response to paragraph 5 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.    In response to paragraph 6 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Experian further admits that it has a principal place of business in Costa Mesa, California.

7.    In response to paragraph 7 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FACTUAL ALLEGATIONS

8.    In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.      In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.      In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.      In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.      In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.      In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.      In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.      In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to paragraph 25 of the Complaint, Experian states that the allegations contained therein are directed to the other Defendants.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to paragraph 28 of the Complaint, Experian states that the allegations contained therein are directed to the other Defendants.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to paragraph 31 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to paragraph 32 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.    In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.    In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.    In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.    In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.    In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.    In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 40 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Complaint.

41.    In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.    In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.    In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.    In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 44 of the Complaint that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 44 of the Complaint.

45.    In response to paragraph 45 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 45 of the Complaint.

46.    In response to paragraph 46 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  As to the

allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 46 of the Complaint.

47.    In response to paragraph 47 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 47 of the Complaint.

48.    In response to paragraph 48 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 48 of the Complaint.

49.    In response to paragraph 49 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 49 of the Complaint.

50.     In response to paragraph 50 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to paragraph 51 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to paragraph 52 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56. In response to paragraph 56 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57. In response to paragraph 57 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58. In response to paragraph 58 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59. In response to paragraph 59 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60. In response to paragraph 60 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61. In response to paragraph 61 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to paragraph 62 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.     In response to paragraph 63 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.     In response to paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 64 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 64 of the Complaint.

65.     In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to paragraph 67 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to paragraph 68 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.     In response to paragraph 69 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.     In response to paragraph 70 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to paragraph 71 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.     In response to paragraph 72 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant. Accordingly, Experian is without knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.    In response to paragraph 73 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.    In response to paragraph 74 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.    In response to paragraph 75 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.    In response to paragraph 76 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.    In response to paragraph 77 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.     In response to paragraph 78 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.     In response to paragraph 79 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

80.     In response to paragraph 80 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.     In response to paragraph 81 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.     In response to paragraph 82 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.     In response to paragraph 83 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84.     In response to paragraph 84 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.     In response to paragraph 85 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.     In response to paragraph 86 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87.     In response to paragraph 87 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.  Experian specifically denies that it violated the FCRA and denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.

88.     In response to paragraph 88 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

89.     In response to paragraph 89 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.     In response to paragraph 90 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.     In response to paragraph 91 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     In response to paragraph 92 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to paragraph 93 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

94.     In response to paragraph 94 of the Complaint, Experian states that the allegations contained therein are directed to another Defendant.  Accordingly, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

95.     In response to paragraph 95 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.     In response to paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.     In response to paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98.     In response to paragraph 98 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99.     In response to paragraph 99 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 99 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 99 of the Complaint.

100.    In response to paragraph 100 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 100 of the Complaint

that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 100 of the Complaint.

101.    In response to paragraph 101 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 101 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 101 of the Complaint.

102.    In response to paragraph 102 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 102 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 102 of the Complaint.

103.    In response to paragraph 103 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the

19

truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 103 of the Complaint.

## PLAINTIFF'S [ALLEGED] DAMAGES

104.    In response to paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.    In response to paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106.    In response to paragraph 106 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

107.    In response to paragraph 107 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

108.    In response to paragraph 108 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 108 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 108 of the Complaint.

109.    In response to paragraph 109 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate

to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian. As to the allegations in paragraph 109 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 109 of the Complaint.

110. In response to paragraph 110 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA and denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 110 of the Complaint.

111. In response to paragraph 111 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA and denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 111 of the Complaint.

112. In response to paragraph 112 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA and denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another

21

Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 112 of the Complaint.

113. In response to paragraph 113 of the Complaint, Experian admits that this Complaint purports to have been filed by counsel on behalf of Plaintiff.  Experian is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 113 and, on that basis, denies, generally and specifically, each and every remaining allegation.

114. In response to paragraph 114 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

115. In response to paragraph 115 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every one of these allegations.  Experian is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 115 and, on that basis, denies, generally and specifically, each and every remaining allegation.

116. In response to paragraph 116 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive,

22

or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every one of these allegations. Experian is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 116 and, on that basis, denies, generally and specifically, each and every remaining allegation.

117. In response to paragraph 117 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.

118. In response to paragraph 118 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA, intentionally, willfully, recklessly, negligently, or with utter disregard for federal law. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 118 of the Complaint.

119. In response to paragraph 119 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every one of these allegations. Experian is without knowledge or information sufficient to form a belief as to the truth of the remainder of the

allegations contained in paragraph 119 and, on that basis, denies, generally and specifically, each and every remaining allegation.

120. In response to paragraph 120 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

121. In response to paragraph 121 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every one of these allegations. Experian is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 121 and, on that basis, denies, generally and specifically, each and every remaining allegation.

122. In response to paragraph 122 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

123. In response to paragraph 123 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

124. In response to paragraph 124 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

125.    In response to paragraph 125 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

126.    In response to paragraph 126 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

127.    In response to paragraph 127 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

128.    In response to paragraph 128 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

129.    In response to paragraph 129 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

130.    In response to paragraph 130 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

131.    In response to paragraph 131 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that

basis, denies, generally and specifically, each and every one of these allegations. Experian is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 131 and, on that basis, denies, generally and specifically, each and every remaining allegation.

## COUNT I
### [Alleged] Violations of 15 U.S.C. § 1681e(b)
### (Against All Defendants)

132.    In response to paragraph 132 of the Complaint, Experian incorporates by reference its responses to the foregoing paragraphs as set forth herein.

133.    In response to paragraph 133 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 133 inconsistent therewith.

134.    In response to paragraph 134 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 134 of the Complaint.

135.    In response to paragraph 135 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another

Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 135 of the Complaint.

136. In response to paragraph 136 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 136 of the Complaint.

137. In response to paragraph 137 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 137 of the Complaint.

138. In response to paragraph 138 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian. Experian specifically denies that it violated the FCRA, willfully, negligently, or otherwise, and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise. As to the allegations that relate to another Defendant, Experian does not have knowledge or information

sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 138 of the Complaint.

## COUNT II
### [Alleged] Violations of 15 U.S.C. § 1681i
### (Against All Defendants)

139.   In response to paragraph 139 of the Complaint, Experian incorporates by reference its responses to the foregoing paragraphs as set forth herein.

140.   In response to paragraph 140 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal FCRA.  Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 140 inconsistent therewith.

141.   In response to paragraph 141 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal FCRA.  Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 141 inconsistent therewith.

142.   In response to paragraph 142 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal FCRA.  Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 142 inconsistent therewith.

143.   In response to paragraph 143 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian.  As to the allegations in paragraph 143 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to

28

form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 143 of the Complaint.

144.    In response to paragraph 144 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian. As to the allegations in paragraph 144 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 144 of the Complaint.

145.    In response to paragraph 145 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein that relate to Experian and, on that basis, denies, generally and specifically, each and every allegation contained therein that relate to Experian. As to the allegations in paragraph 145 of the Complaint that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 145 of the Complaint.

146.    In response to paragraph 146 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 146 of the Complaint.

147.    In response to paragraph 147 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

148.    In response to paragraph 148 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 148 of the Complaint.

149.    In response to paragraph 149 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 149 of the Complaint.

150.    In response to paragraph 150 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the

truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 150 of the Complaint.

151.    In response to paragraph 151 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA, willfully, negligently, or otherwise, and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 151 of the Complaint.

**COUNT III**
**[Alleged] Violations of 15 U.S.C. § 1681c-2**
**(Against All Defendants)**

152.    In response to paragraph 152 of the Complaint, Experian incorporates by reference its responses to the foregoing paragraphs as set forth herein.

153.    In response to paragraph 153 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 153 of the Complaint.

154.    In response to paragraph 154 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged

31

damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 154 of the Complaint.

155.    In response to paragraph 155 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 155 of the Complaint.

156.    In response to paragraph 156 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 156 of the Complaint.

157.    In response to paragraph 157 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein as they relate to Experian.  Experian specifically denies that it violated the FCRA, willfully, negligently, or otherwise, and that it is liable to Plaintiff for any alleged damages, statutory, actual, punitive, or otherwise.  As to the allegations that relate to another Defendant, Experian does not have knowledge or information

sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 157 of the Complaint.

## [PLAINTIFF'S] PRAYER OF RELIEF

The "**WHEREFORE**" paragraph contained at the end of the Complaint purports to state Plaintiff's Prayer for Relief, to which no response is required. To the extent a response is required, Experian denies that Plaintiff is entitled to any of the relief in the Prayer for Relief, or any relief whatsoever. Further, Experian denies that it is liable to Plaintiff for any costs, attorneys' fees, and alleged damages, statutory, actual, punitive, or otherwise. Accordingly, Experian requests that the Court deny all relief to Plaintiff, enter judgment in favor of Experian, and award Experian its attorneys' fees as the prevailing party in the action.

* * *

Any allegations in the Complaint not expressly admitted herein are denied. All allegations in the section headers of Plaintiff's Complaint are denied.

## DEMAND FOR JURY TRIAL

Experian acknowledges that Plaintiff has demanded a trial by jury. Experian does not join in that demand.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS AND REPOSE)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation and repose, including but not limited to 15 U.S.C. § 1681p.

33

## SECOND AFFIRMATIVE DEFENSE
## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## THIRD AFFIRMATIVE DEFENSE
## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate Plaintiff's damages.

## FOURTH AFFIRMATIVE DEFENSE
## (LACHES)

The Complaint and each claim for relief therein are barred by laches.

## FIFTH AFFIRMATIVE DEFENSE
## (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SIXTH AFFIRMATIVE DEFENSE
## (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## SEVENTH AFFIRMATIVE DEFENSE
## (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## EIGHTH AFFIRMATIVE DEFENSE
## (INDEPENDENT INTERVENING CAUSE)

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries, including without limitation the conduct of co-Defendants and the alleged unknown perpetrator of the alleged identity theft, and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## NINTH AFFIRMATIVE DEFENSE
## (RESERVATION OF RIGHTS)

Experian reserves the right to assert additional affirmative defenses as discovery progresses and additional information becomes available, including without limitation federal preemption defenses to the extent Plaintiff seeks to amend the Complaint to assert state-law claims against Experian.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiff takes nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)    For costs of suit and attorneys' fees herein incurred; and

(3)    For such other and further relief as the Court may deem just and proper.

Dated July 20, 2026                          Respectfully submitted,

By:  _/s/ Danielle M. Palmieri_
Danielle M. Palmieri ct31854
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06510
Telephone: (203) 777-5501

35

Fax: (203) 784-3199
Email: dpalmieri@carmodylaw.com


By: _/s/ Riley Wyberg_____
Riley Wyberg (*pro hac vice* pending)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Telephone.: (617) 570-1460
Email: RWyberg@goodwinlaw.com

*Counsel for Defendant Experian Information*
*Solutions, Inc.*

36

**CERTIFICATION OF SERVICE**

I hereby certify that on July 20, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _/s/ Danielle M. Palmieri_
Danielle M. Palmieri