AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

JOEL FIGUEROA RODRIGUEZ )
*Plaintiff* )
v. ) Case No. 3:26-cv-00986-SFR
EXPERIAN INFORMATION SOLUTIONS, INC., et al )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joel Figueroa Rodriguez .

Date: 08/31/2026

/s/ Nisan Zaghi
*Attorney's signature*

Nisan Zaghi
*Printed name and bar number*

CONSUMER ATTORNEYS
68-29 Main Street
Flushing, NY 11367
*Address*

nzaghi@consuemrattorneys.com
*E-mail address*

(718) 925-0276
*Telephone number*

(602) 878-6241
*FAX number*