**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

JOEL FIGUEROA RODRIGUEZ,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,

Defendants.

Case No.: 3:26-cv-00986-SFR

# NOTICE OF SETTLEMENT
# AS TO DEFENDANT TRANS UNION LLC ONLY

**NOTICE IS HEREBY GIVEN** that Plaintiff Joel Figueroa Rodriguez and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: November 5, 2026,

*/s/ Nisan Zaghi*
Nisan Zaghi, NY Bar # 5711072
Admitted Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq.
**CONSUMER ATTORNEYS PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Joel Figueroa Rodriguez*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Maria Kaminsky*