**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| JOEL FIGUEROA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC,<br><br>Defendants. | Case No.: 3:26-cv-00986-SFR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT TRANS UNION LLC ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Joel Figueroa Rodriguez and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union only. Plaintiff and Defendant Trans Union have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

Dated: November 23, 2026

By: */s/ Nisan Zaghi*
Nisan Zaghi, NY Bar # 5711072
Admitted Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq.

By: */s/ Timothy J. Lee*
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee &Florentine, LLC
107 Montowese Street
Branford, CT 06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Attorneys for Defendant,*
*Trans Union LLC*

**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Joel Figueroa Rodriguez*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Maria Kaminsky*